# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RALPH LEAVITT,<br><br>   Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 1,<br><br>   Defendant. | Case No.: 4:24-cv-01148<br><br>Judge Henry Edward Autrey |

## JOINT NOTICE OF SETTLEMENT

  Plaintiff Ralph Leavitt ("Plaintiff") and Defendant International Brotherhood of Electrical Workers Local No. 1 ("IBEW" or "Defendant" and, together with Plaintiff, the "Parties") advise the Court that the Parties have reached a settlement in principle to settle the instant case on a class-wide basis. The case is currently stayed pending the mediation previously scheduled for February 21, 2025, with Rodney Max, but the Parties resolved this matter in principle prior to mediation. The Parties are currently drafting the formal settlement agreement and motion for preliminary approval of the settlement and anticipate filing settlement approval documents pursuant to Fed. R. Civ. P. 23(e) within forty-five days.

  Respectfully submitted,

| | |
|---|---|
| */s/ Cassandra Miller*<br>Raina C. Borrelli (admitted *pro hac vice*)<br>Cassandra Miller (admitted *pro hac vice*)<br>Strauss Borrelli, PLLC<br>980 N. Michigan Ave., Ste. 1610<br>Chicago, IL 60611<br>T. 872-263-1100<br>Emails: raina@straussborrelli.com<br>   cmiller@straussborrelli.com | */s/ Colby M. Everett*<br>Colby M. Everett #72403 (MO)<br>Casie D. Collignon (admitted *pro hac vice*)<br>Raika N. Casey (admitted *pro hac vice*)<br>1801 California Street, Suite 4400<br>Denver, CO 80202<br>T: (303) 861-0600<br>E: ccollignon@bakerlaw.com<br>  rcasey@bakerlaw.com<br>  ceverett@bakerlaw.com |

4922-4434-7411.1

                    Brady L. Root #75740(MO)
                    Christopher N. Grant #53507(MO)
                    Schuchat, Cook & Werner
                    555 Washington Ave., Ste. 520
                    St. Louis, MO 63101
                    T. 314-621-2626
                    Emails: blr@scwattorney.com
                            cng@scwattorney.com

*Attorneys for Defendant International Brotherhood of Electrical Workers Local No. 1.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Joint Notice of Settlement was filed with this Court's CM/ECF system this 18th day of February, which will send notification to all counsel of record.

                    */s/ Colby M. Everett*
                    Colby M. Everett