UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RALPH LEAVITT**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 1**,<br><br>Defendant. | Case No. 4:24-cv-01148<br><br>Judge Henry Edward Autrey |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL<br>OF CLASS ACTION SETTLEMENT**

Plaintiff Ralph Leavitt ("Plaintiff"), through his attorneys, individually and on behalf of all others similarly situated, hereby moves this Court to:

1. Grant preliminary approval of the settlement described in the "Settlement Agreement" between Plaintiff and Defendant International Brotherhood of Electrical Workers Local No. 1 ("Defendant" or "IBEW");

2. Approve the Notice Plan set forth in the Settlement Agreement;

3. Appoint Simpluris as Settlement Administrator;

4. Preliminarily certify the Settlement Class for purposes of Settlement;

5. Appoint Plaintiff Ralph Leavitt as Class Representative;

6.  Appoint Cassandra Miller of Strauss Borrelli PLLC as Settlement Class Counsel;

7.  Approve the form and content of the Short Form Notice (Ex. A), Long Form Notice (Ex. B), and Claim Form (Ex. C); and

8.  Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum; (3) the Declaration of Cassandra Miller; (4) the Settlement Agreement and attached exhibits; (5) the [Proposed] Preliminary Approval Order; (6) the [Proposed] Final Approval Order; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: May 9, 2025                By: */s/ Cassandra Miller*
                                  Cassandra Miller (*pro hac vice*)
                                  STRAUSS BORRELLI PLLC
                                  One Magnificent Mile
                                  980 N Michigan Avenue, Suite 1610
                                  Chicago IL, 60611
                                  Telephone: (872) 263-1100
                                  Facsimile: (872) 263-1109
                                  cmiller@straussborrelli.com

                                  *Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

  I, Cassandra Miller, hereby certify that on May 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 9th day of May, 2025.

         STRAUSS BORRELLI PLLC

        By: */s/ Cassandra Miller*
          Cassandra Miller (*pro hac vice*)
          STRAUSS BORRELLI PLLC
          One Magnificent Mile
          980 N Michigan Avenue, Suite 1610
          Chicago IL, 60611
          Telephone: (872) 263-1100
          Facsimile: (872) 263-1109
          cmiller@straussborrelli.com