UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RALPH LEAVITT**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 1**,<br><br>Defendant. | Case No. 4:24-cv-01148<br><br>Judge Henry Edward Autrey |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Ralph Leavitt ("Plaintiff"), through his attorneys, individually and on behalf of all others similarly situated, hereby moves this Court to:

1. Grant final approval of the settlement described in the "Settlement Agreement" between Plaintiff and Defendant International Brotherhood of Electrical Workers Local No. 1 ("Defendant" or "IBEW");

2. Finally certify the Settlement Class for purposes of Settlement;

3. Find that the Notice distributed to the Settlement Class complied with this Court's Preliminary Approval Order and satisfied both due process and the applicable rules; and

4. Approve the Attorney Fees, Costs, and Service Award agreed to in the Settlement Agreement;

1

5. Finally appoint Plaintiff Ralph Leavitt as Class Representative;

6. Finally appoint Cassandra Miller of Strauss Borrelli PLLC as Settlement Class Counsel;

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum ("Memo"); (3) the Declaration of Cassandra P. Miller (attached as Exhibit 1 to the Memo); (4) the Declaration of Settlement Administrator Simpluris Inc. (attached as Exhibit 2 to the Memo); (5) the Settlement Agreement and all attached exhibits; (6) the [Proposed] Preliminary Approval Order; (7) the [Proposed] Final Approval Order previously filed as Exhibit E to the Settlement Agreement, *see* Doc. 34-1[1]; (8) the records, pleadings, and papers filed in this action; and (9) such other documentary and oral evidence or argument as may be presented to the Court at or before the hearing on this Motion.

Dated: October 6, 2025                                 Respectfully submitted,

                                                       By:  */s/ Cassandra P. Miller*
                                                           Cassandra P. Miller (*Pro Hac Vice*)
                                                           STRAUSS BORRELLI PLLC
                                                           One Magnificent Mile
                                                           980 N. Michigan Avenue, Suite 1610
                                                           Chicago, IL 60611
                                                           Telephone: (872) 263-1100
                                                           Facsimile: (872) 263-1109
                                                           cmiller@straussborrelli.com

                                           *Attorney for Plaintiff and the Settlement Class*

---

[1] The [Proposed] Final Approval Order was previously filed as Exhibit E to the Settlement Agreement. See Doc. 34-1. The Parties are prepared to submit an updated version of the [Proposed] Final Approval Order reflecting current ECF docket citations upon the Court's request

## **CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 6th day of October, 2025.

                              STRAUSS BORRELLI PLLC

                              By: */s/ Cassandra P. Miller*
                                   Cassandra P. Miller
                                   STRAUSS BORRELLI PLLC
                                   One Magnificent Mile
                                   980 N. Michigan Avenue, Suite 1610
                                   Chicago, IL 60611
                                   Telephone: (872) 263-1100
                                   Facsimile: (872) 263-1109
                                   cmiller@straussborrelli.com